# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0899

VERSUS

KEITH TROSCLAIR                                    **OCTOBER 24, 2022**

---

In Re:     Keith Trosclair, applying for supervisory writs, 17th
           Judicial District Court, Parish of Lafourche, No.
           573,126.

---

**BEFORE:     McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

     **WRIT DENIED.**

**JMM**
**GH**

     **McClendon, J.,** concurs and would deny on the showing made.
Relator failed to include a copy of the district court's July
15, 2022, order regarding the motion for acquittal, the
indictment, all pertinent minute entries and/or transcripts, and
any other portions of the district court record that might
support the claims raised in the writ application.

COURT OF APPEAL, FIRST CIRCUIT

_a.S_

DEPUTY CLERK OF COURT
      FOR THE COURT